| | | | |
|---|---|---|---|
| Multerer v. DOR† | 2016AP001076 | 09–28–2017 | Affirmed |
| State v. Lamar | 2016AP001121 | 09–06–2017 | Affirmed |
| Englebert v. Calumet River Fleeting, Inc. | 2016AP001238 | 09–19–2017 | Affirmed/ reversed/ remanded |
| Adrikos Real Estate Holding LLC v. Murphy | 2016AP001313 | 09–27–2017 | Reversed and remanded |
| Gregerson v. Gregerson | 2016AP001402 | 09–19–2017 | Affirmed/ reversed/ remanded |
| Seitz v. Barrett | 2016AP001497 | 09–07–2017 | Reversed and remanded |
| State v. Allen† | 2016AP001509 CR, 2016AP001510 CR | 09–12–2017 | Affirmed |
| Commonwealth Assisted Living, LLC v. 3M Resident Monitoring | 2016AP001526 | 09–26–2017 | Affirmed/ reversed/ remanded |
| State v. Hollis† | 2016AP001564 CR | 09–06–2017 | Affirmed |
| State v. Rupnow† | 2016AP001572 CR | 09–07–2017 | Affirmed |
| Milwaukee Police Ass'n v. City of Milwaukee | 2016AP001573 | 09–12–2017 | Affirmed |
| State v. Korn | 2016AP001604 CR | 09–26–2017 | Affirmed |
| State v. Estrada | 2016AP001682 CR | 09–26–2017 | Affirmed |
| State v. Loring† | 2016AP001784 CR | 09–14–2017 | Affirmed |
| Schwab v. Webb | 2016AP001809 | 09–12–2017 | Affirmed |
| State v. Beal | 2016AP001817 CR | 09–12–2017 | Affirmed |
| State v. Jorgenson† | 2016AP001822 CR | 09–20–2017 | Affirmed |

† Petition to review filed.